IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATT L. WILLIAMS,

    Plaintiff,                    1:06- CV-00408 ALA P

    vs.

HEIDI BOWERMAN, et al.,

    Defendants.             ORDER TO SHOW CAUSE

_____/

        On February 24, 2007, March 7, 2007, and July 10, 2007, orders were served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change.

        Therefore, IT IS HEREBY ORDERED that plaintiff is <u>ordered to show cause within 10 days</u> why this action should not be dismissed for plaintiff's failure to keep the court apprised of his current address.

DATED: August 7, 2007

                                                          /s/ Arthur L. Alarcón
                                                          UNITED STATES CIRCUIT  JUDGE
                                                          Sitting by Designation