IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATT L. WILLIAMS,

    Plaintiff,                    1:06- CV-00408 ALA P

vs.

HEIDI BOWERMAN, et al.,

    Defendants.            <u>ORDER</u>

/

        On February 24, 2007, June 19, 2007, and July 10, 2007, orders were served on Plaintiff's address of record and returned by the postal service. On August 8, 2007, this court ordered Plaintiff to show cause within 10 days as to why this action should not be dismissed for Plaintiff's failure to keep the court apprised of his current address as required by Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change. That document was also returned by the postal service.

        Therefore, IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed with prejudice.

/////

DATED: September 4, 2007

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation